UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR46 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| JESUS NAJAR-NAJAR | ) | |
|    a/k/a Carlos Miramontes-Valdibia | ) | |
|    a/k/a Gabriel Carillo-Morjarro | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to the United States Attorney, defense counsel, the United States Marshal's Office, and to the United States Probation Office.

Signed: December 5, 2007

Lacy H. Thornburg
United States District Judge